```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 3 0 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

UNITED STATES OF AMERICA,

    -v-                                                                    19 CR 504-01 (LAK)

Alan Kaufman (01),

                                  Defendant.
------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Attorney Brian F. Allen is relieved and attorney Nelson A. Boxer is substituted as counsel to defendant Alan Kaufman (1).

        SO ORDERED.

Dated: July 30, 2019

                                                                           /s/ Lewis A. Kaplan
                                                            Lewis A. Kaplan
                                                      United States District Judge